In the Matter of the Claims of GEORGE VAN KEUREN et al., against DWIGHT DIVINE & SONS et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Van Keuren* v. *Divine & Sons,* 179 App. Div. 509, affirmed.
(Argued January 7, 1918; decided January 22, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 18, 1917, affirming an award of the state industrial commission under the Workmen's Compensation Law. On December 24, 1915, George Van Keuren was employed as a cutler by Dwight Divine & Sons who were engaged in the cutlery manufacturing business at Ellenville, N. Y. On that date, while engaged in lifting a box of knives at his bench, it was alleged that the employee fell and struck his neck against a vise. He immediately stopped working and was sent home by his employer and placed in the care of a doctor. There were no visible signs of injury at the point where the blow

or contact is said to have occurred. On January 17, 1916, about three weeks after the event just related, he returned to work. He was then apparently entirely well from the alleged injury to the neck. After working for two and one-half days he quit because of weakness and never worked again. He died on October 7, 1916, of tuberculosis of the lungs. The state industrial commission found that Van Keuren was suffering from tuberculosis although such condition had not been known to him or any one else prior to the time of the accident; that the blow in his neck and chest caused an internal strain to his lung and aggravated a dormant tuberculosis so that it became acute and caused his death as aforesaid.

*E. Clyde Sherwood, William B. Davis* and *Amos H. Stephens* for appellants.

*Merton E. Lewis,* Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.